IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Butler, Tisha

Printed: 9/3/08

Case Number: 08 B 09128
Judge: Wedoff, Eugene R
Filed: 4/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: July 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Harley Davidson Credit | Secured | 0.00 | 0.00 |
| 2. | Land Rover Capital Group | Secured | 64,387.76 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 16,320.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 636.13 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 170.10 | 0.00 |
| 6. | Sallie Mae | Unsecured | 5,810.25 | 0.00 |
| 7. | American Express | Unsecured | 1,636.00 | 0.00 |
| 8. | Land Rover Capital Group | Unsecured | 0.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 183.42 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 1,052.62 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 541.54 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 1,458.82 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 500.25 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 1,683.77 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 466.61 | 0.00 |
| 16. | GMAC Auto Financing | Unsecured | 547.04 | 0.00 |
| 17. | Collection | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 20. | Collection | Unsecured |  | No Claim Filed |
| 21. | Sallie Mae | Unsecured |  | No Claim Filed |
| 22. | State Collection Service | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Butler, Tisha | Case Number: 08 B 09128 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 4/15/08 |

```
                              _____         _____
                              $ 95,394.31           $ 0.00
```

## TRUSTEE FEE DETAIL

```
              Fee Rate             Total Fees
                                 _____
                                   $ 0.00
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____